# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5274
_____

BLACK POINT ASSETS, INC., as
Trustee of the 12264 Black
Walnut Court Land Trust and
STAR POINTE CAPITAL, LLC, as
Trustee of the 12264BWC Land
Trust,

     Petitioners,

     v.

FREEDOM MORTGAGE
CORPORATION, ROBERT
WOODSON, JR., and THE
VILLAGES OF NORTHWOOD
HOMEOWNERS ASSOCIATION,
INC.,

     Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 7, 2019

PER CURIAM.

Petitioners failed to establish that the order requiring Respondent Robert Woodson, Jr., to make rental payments into the court registry will result in material injury to petitioners that

cannot be remedied on appeal. Accordingly, the petition for writ of certiorari is dismissed for lack of jurisdiction.

DISMISSED.

WOLF, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shawn G. Brown of Kaye Bender Rembaum, P.L., Tampa, for Petitioners.

Robert R. Edwards, Choice Legal Group, P.A., Fort Lauderdale, for Respondent Freedom Mortgage Corporation.

No appearance for other Respondents.